Shannon Orellana _____ (Full Name)

shannon@ocsuperiorhousecleaning.com (Email Address)

1261 N Lakeview Ave. J #2020 (Address Line 1)

Anaheim, CA 92507 _____ (Address Line 2)

714-395-2850 _____ (Phone Number)

Plaintiff in Pro Per

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 8 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON ORELLANA , <br><br> Plaintiff, <br><br> vs. <br><br> ADVANCED GROUP 2000-72, <br> ELIZABETH ALVAREZ, <br> SHELLEY CRAWFORD, AND <br> DOE DEFENDANT'S 1 THRU 10. <br><br> Defendant(s). | Case No.: **8:25-cv-00879-MWC-AJR** <br> (To be supplied by the Clerk) <br><br> **Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)** <br><br> **Jury Trial Demanded**: ■Yes ☐ No |

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because Venue is proper because the events giving rise to the constitutional claims occurred in Orange County, California. Within the jurisdiction of this court.

1

Page Number

# III. PARTIES

3.    Plaintiff _____ Shannon Orellana _____ resides at:
*(your full name)*

Plaintiff is currently Homeless in Orange County, she does have a mailing address

1261 N Lakeview Ave. ste J #2020. Anaheim CA 92507
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant  Advanced Group 2000-72 (d/b/a Advanced Management Company)  works at
*(full name of Defendant)*

15320 Barranca Pkwy, Suite 100, Irvine, CA 92618
*(Defendant's place of work)*

Defendant's title or position is ___ Owner and property management company ___
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity               ■ official capacity

This Defendant was acting under color of law because: This Defendant was

responsible for managing the staff and property where Plaintiff resided, and

initiated retaliatory eviction proceedings based on false evidence.

5. Defendant _____ ELIZABETH ALVAREZ _____ works at
*(full name of Defendant)*

15320 Barranca Pkwy, Suite 100, Irvine, CA 92618
*(Defendant's place of work)*

Defendant's title or position is ___ EMPLOYEE ___
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity               ■ official capacity

This Defendant was acting under color of law because: This defendant prepared

false eviction notices, made defamatory statements, provided manipulated video

evidence, and testified falsely during the Plaintiff's unlawful detainer trial.

2
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

6. Defendant <u>SHELLEY CRAWFORD</u> works at

*Insert ¶ #*                                *(full name of Defendant)*

<u>2040 Main St., Suite 500 Irvine, CA 92614</u>.

*(Defendant's place of work)*

Defendant's title or position is <u>Attorney</u>.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity          ☑ official capacity

This Defendant was acting under color of law because <u>This defendant provided</u> manipulated video evidence to plaintiff's trial attorney, then introduced falsified evidence during the Plaintiff's unlawful detainer trial. When presented with indisputable evidence of the fraud the defendant refused to correct the record.

7. Defendant <u>John Doe Defendant's 1 thru 10</u> works at

*Insert ¶ #*                                *(full name of Defendant)*

<u></u>.

*(Defendant's place of work)*

Defendant's title or position is <u>Currently unknown</u>.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity          ☑ official capacity

This Defendant was acting under color of law because <u>Doe defendants cannot be</u> properly named or identified yet. Nor, can their titles, responsibilities, duties, involvement or lack thereof, be ascertained. But plaintiff intends to identify Doe defendant's through discovery, then seek to amend her complaint accordingly.

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

8. . In March 21, 2024, Elizabeth Alvarez falsely accused the Plaintiff of

*Insert ¶ #*

repeatedly punching and slapping Blanca Melchor. These false allegations were made in front of a third party in the leasing office at her employer's (Advanced Group 2000-72) property. These defamatory statements were used as the legal basis for initiating eviction proceedings. The defendant prepared a false eviction notice, based on blatantly defamatory statements, that were all proven to be false by video footage.

9. Immediately after defendant Alverez made the defamatory statement's to

*Insert ¶ #*

the plaintiff, she sent the defendant's 2 written notices. One notice was for the preservation of video evidence, and the other was to notify defendants of her intent to file suit against them for their employee making false and defamatory statement's against her. In response to plaintiff's 2 notices the defendant's initiated retaliatory eviction proceedings against her. In an obvious effort to parry, and frustrate her ability to initiate her suit against them.

10. . On May 7th, 2024, a state court unlawful detainer trial was held. During

*Insert ¶ #*

the trial defendant Shelley Crawford introduced manipulated video evidence that omitted crucial footage that would have changed the entire context of the evidence and proved plaintiff's version of events. That footage was removed with surgical precision, using video editing software. The plaintiff has informed and provided undisputed evidence to defendant Crawford, proving that she introduced false evidence during the unlawful detainer trial. Despite informing her and requesting that she take remedial action to correct the record, she refused. She cannot argue that she was in any way, unaware of the evidence.

11.    As a direct result of Elizabeth Alverez and Shelley Crawford's actions, the

*Insert ¶ #*
Plaintiff was unlawfully evicted from her home of 12 years. She became

homeless, along with her 2 grandchildren (ages 5 and 7), and her 2 rescue dogs.

Shannon, who suffers from a debilitating form of the autoimmune disorder Lupus

and carpel tunnel Syndrome in both hands and wrist.  She also suffers from

severe depression, and emotional distress. Plaintiff's psychological and physical

condition worsens by the day due to the illegal eviction and subsequent

homelessness. (see Attached Complaint for violations of Civil Rights Pg. 3)

*Insert ¶ #*

*Insert ¶ #*

Civil Rights Complaint Pursuant to U.S.C. § 1983

# V. CLAIMS

## Claim #1

12.   Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

13.   Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

*Insert ¶ #*    federal constitutional or statutory civil right:

First Amendment Violation. The defendant's retaliated against plaintiff for

sending them a notice to preserve video and a notice of intent to sue - protected

activities. Fourteenth Amendment Violation, Due process and equal protection.

(Please see attached "Complaint for violations of civil rights" Pg. 2.)


14.   The above civil right was violated by the following Defendants:

*Insert ¶ #*

Defendant's Advanced Group 2000-72, Elizabeth Alverez, Shelley Crawford and

Doe Defendant's 1 thru 10.


*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

15.   The defendant's retaliated against plaintiff for sending them a "notice to

*Insert ¶ #*

preserve video evidence", and a "Notice of intent to sue". The retaliation came

within less than a week; when the defendant's served Plaintiff with an eviction

notice. That notice was based on the same false allegation's plaintiff identified as

defamatory in her notice of intent to sue. Defendant's obvious intentions were to

parry, and frustrate plaintiff's ability to pursue her legitimate claims

for defamation. Not only where plaintiff's original defamation claims legitimate,

they were all later proven to be 100% accurate, based on video evidence.

16.   As a result of the Defendant's violation of the above civil right, Plaintiff

*Insert ¶ #*   was harmed in the following way:

Plaintiff lost her business; she was evicted from her [rented] home of 12 years.

The eviction caused Plaintiff, her 2 grandchildren and her 2 rescue animals to

become homeless, and indigent. Severely impacting her health and disabilities.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( 2 )

*(insert Claim#)*

17.. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

18.. Defendant's coordinated actions constituted a conspiracy to Violate
*Insert ¶ #*
. Plaintiff's Civil Rights. After defendant's were provided with undisputed

evidence of a fraud perpetrated on the court, they refused to correct the record.

Instead they continued to rely on the illegally acquired judgment. Defendant's

actions constituted racketeering activities.(Civil RICO) including, but not

limited to, Obstruction of justice, Mail Fraud and Wire fraud.

19. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

Advanced Group 2000-72, Elizabeth Alverez, Shelley Crawford and Doe

Defendants 1 thru 10.

*(You may list facts supporting your claim. Be specific about how each Defendant
violated the rights giving rise to this claim.)*

20. Please see attached "Complaint for violations of Civil Rights" Pg.2-3
*Insert ¶ #*

21. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Plaintiff lost her business; she was evicted from the home she rented for 12 years

The eviction caused Plaintiff, her 2 grandchildren and her 2 rescue animals to

become homeless, and indigent. Severely impacting her health and disabilities.

Civil Rights Complaint Pursuant to U.S.C. § 1983

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

22 .  Compensatory Damages for financial losses, emotion distress and

*Insert ¶ #*

physical harm.

23 .  Punitive damages for the Defendant's willful, purposeful, malicious and

*Insert ¶ #*

indisputably fraudulent conduct.

24 .  Injunctive relief relive preventing Defendant's from engaging in further

*Insert ¶ #*

unlawful conduct.

25 .  Treble damages under RICO statutes for a pattern of racketeering

*Insert ¶ #*

activities.

Dated: 4.17.2025

Sign: _____

Print Name: Shannon Orellana

8

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

## **DEMAND FOR JURY TRIAL**

2

3 Plaintiff hereby requests a jury trial on all issues raised in this complaint.

4

5      Dated: _____

6      Sign: _____

7      Print Name: SHANNON ORELLANA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

Shannon Orellana

1261 N Lakeview Ave  Ste J #2020

Anaheim, California 92807

     Plaintiff in Pro per.

## UNITED STAES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHANNON ORELLANA**<br><br>        **Plaintiff,**<br><br>**V.**<br><br>**ADVANCED GROUP 2000-72,**<br><br>**ELIZABETH ALVAREZ,**<br><br>**SHELLEY CRAWFORD,**<br><br>**AND DOES 1 THRU 10**<br><br>       **Defendant(s).** | Case NO:_____<br><br>**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. §1983, RICO (18 U.S.C. §§ 1961-1968), AND FIRST AMENDMENT RETALIATION** |

## I. INTRODUCTION

1. This is a civil rights action brought under 42 U.S.C. § 1983 and 18 U.S.C. §§ 1961–1968

(RICO), seeking damages and injunctive relief against the named Defendants for violations of

Plaintiff's constitutional rights.

2. Plaintiff also asserts that Defendants engaged in a pattern of unlawful racketeering activity through falsified evidence and perjury.

3. Plaintiff, Shannon Orellana is currently homeless as a direct result of the defendant's retaliatory actions. Defendant's had knowledge that plaintiff was disabled by Lupus and carpal tunnel syndrome, before she was wrongfully evicted based on unconstitutional retaliation.

4. Plaintiff reserves the right to amend this Complaint as discovery proceeds.

5. Plaintiff's claims arise from fraudulent and retaliatory conduct, including fabricated evidence and unlawful retaliation.

6. Such conduct is not protected by any litigation privilege under either state or federal law. Federal claims under 42 U.S.C. § 1983 and 18 U.S.C. § 1961 et seq. supersede any state privilege doctrine.

7. Defendants' actions constituted a Strategic Lawsuit Against Public Participation (SLAPP) in reverse, intended to silence protected legal speech.

## II. JURISDICTION AND VENUE 2

8. Jurisdiction is proper under 28 U.S.C. § 1331, § 1343(a)(3), and 18 U.S.C. § 1964(c).

9. Venue is proper under 28 U.S.C. § 1391(b), as the events occurred in Orange County, California.

## III. PARTIES

10. Plaintiff is a resident of Orange County, California, now homeless and disabled.

11. Defendant Advanced Group 2000-72 is a California Limited Partnership, responsible for the management of Plaintiff's residence.

12. Defendant Shelley Crawford is an attorney who represented the other defendant's in the eviction. During the trial she introduce knowingly falsified video evidence.

13. Defendant Elizabeth Alvarez is a property employee who initiated the eviction based on completely false allegations.

2

14. DOES 1–10 are unknown co-conspirators to be identified through discovery.

## IV. FACTUAL ALLEGATIONS

15. On March 21, 2024, Alvarez falsely accused Plaintiff of assault; video evidence completely contradicted and disproved this.

16. Plaintiff submitted a notice to preserve video evidence and warned of her intent to sue.

17. In retaliation, Defendants served a 3-Day Notice based on completely false allegations that were directly contradicted by video evidence.

18. At trial, manipulated video evidence excluding the assault on plaintiff was introduced and relied on by the court.

19. Forensic analysis confirmed that over 69 seconds were deleted from the video evidence.

20. Plaintiff, her grandchildren and her rescue dogs were rendered homeless as a result.

## V. CLAIMS FOR RELIEF

**Count I: Violation of Procedural Due Process (42 U.S.C. § 1983)**

21. Defendants deprived Plaintiff of her property interest without due process.

**Count II: Violation of Equal Protection (42 U.S.C. § 1983)**

22. Defendants discriminated against Plaintiff based on disability and low-income status.

**Count III: First Amendment Retaliation (42 U.S.C. § 1983)**

23. Plaintiff was retaliated against for exercising her right to petition and give notice.

24. Such retaliation via misuse of litigation is not protected speech under state or federal law.

**Count IV: Civil Rights Conspiracy (42 U.S.C. § 1983)**

25. Defendants conspired to deprive Plaintiff of constitutional rights using falsified evidence.

**Count V: RICO Violations (18 U.S.C. §§ 1961–1968)**

27. Litigation privilege does not shield intentional fraud and obstruction of justice.

**VI. PRAYER FOR RELIEF WHEREFORE, Plaintiff requests:**

A. Compensatory damages;

B. Punitive damages;

C. Treble damages under RICO;

D. Declaratory and injunctive relief;

E. Attorneys' fees and costs; If Plaintiff is successful in obtaining counsel,

F. Any other relief the Court deems just and proper.

**VII. DEMAND FOR JURY TRIAL**

Plaintiff demands a jury trial. Dated: 7·17·25    /s/ Shannon Orellana Shannon
Orellana, Plaintiff In Pro Per

4

